

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00718-CV

**IN RE** Thomas **THIBEAUX**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  December 28, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On November 1, 2016, Relator filed a petition for writ of mandamus.  Real Party in Interest filed a response on December 13, 2016.  The court has considered the petition for writ of mandamus and response and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-17823, styled *In the Interest of A.T., E.T. and B.T., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.